## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **HANNAH YOUNG, et al.,** | : |
| | : |
| Plaintiffs, | : |
| | : |
| **v.** | : |
| | : |
| **JAMES OTT, et al.,** | : |
| | : |
| Defendants. | : |

Case No. 3:24-cv-00274-SLH

### NOTICE OF DECISION

Pursuant to this Court's Order extending the stay in this case until the disposition of the petition for rehearing en banc in *Lara v. Commissioner, Pennsylvania State Police*, No. 21-1832, *see* Doc. 46 (Jan. 22, 2025), Plaintiffs hereby notify the Court that on February 26, 2025, the Third Circuit denied rehearing in *Lara*. A copy of that decision is attached. Plaintiffs respectfully request the Court issue an order lifting the stay and setting a briefing schedule on Plaintiffs' pending Motion for Preliminary Injunction, Expedited Consolidation with the Merits, or, in the Alternative, Summary Judgment. *See* Doc. 27 (Dec. 20, 2024).

Dated: March 3, 2025

Gary F. Seitz (PA 52865)
Gallert Seitz Busenkell & Brown, LLC
1201 N. Orange St.
Wilmington, DE 19801
Telephone: (610) 500-4067
gseitz@gsbblaw.com

Respectfully submitted,

/s/David H. Thompson
David H. Thompson (DC 450503)*
Peter A. Patterson (DC 998668)*
William V. Bergstrom (DC 241500)*
Athanasia O. Livas (DC 90011199)*
Cooper & Kirk, PLLC
1523 New Hampshire Avenue., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
alivas@cooperkirk.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*