IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANNAH YOUNG, ARIANA PALMACCIO, FIREARMS POLICY COALITION, INC., *and* NATIONAL RIFLE ASSOCIATION OF AMERICA, <br> Plaintiffs, <br><br> v. <br><br> JAMES OTT, BRIAN SZUMSKI, *and* COLONEL CHRISTOPHER PARIS, <br><br><br> Defendants | No. 3:24-cv-274 <br><br> Judge Stephanie L. Haines <br><br> Electronically Filed Document |

## ORDER

AND NOW, this **4th** day of **April**, 2025, upon consideration of the Motion for Leave to File Response to Plaintiffs' Statement of Material Facts at [ECF 27-2] heretofore filed by the Defendant Paris, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Clerk of Courts is hereby directed to docket Defendant Paris' Response to Plaintiffs' Statement of Material Facts at [ECF 27-2]. In granting this Motion, the Court is not presently deciding whether it will convert Plaintiffs' Motion at ECF No. 27 into a Motion for Summary Judgment.

BY THE COURT:

*/s/ Stephanie L. Haines*
J.