# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HANNAH YOUNG,** *et al.,* | :<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 3:24-cv-00274-SLH |
| **JAMES OTT,** *et al.,* | :<br>: |
| Defendants. | :<br>:<br>: |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiffs' and Defendants' Joint Motion to Stay, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. **ACCORDINGLY**, all future deadlines in this case are stayed pending resolution of the petition for a writ of certiorari in *Paris v. Lara*, No. 24-1329 (U.S.). The parties shall provide the Court with a status report on October 15, 2025, and every 30 days thereafter until the Supreme Court acts on the petition for certiorari in *Lara*.

BY THE COURT:

_____
Hon. Stephanie L. Haines
United States District Judge