IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANNAH YOUNG, *an individual, et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 3:24-274 |
| ) | Judge Stephanie L. Haines |
| JAMES OTT, *in his official capacity as* ) | |
| *Sheriff of Blair County, Pennsylvania, et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANUDM ORDER**

Currently pending before the Court is the parties' "Joint Motion to Stay[,]" (ECF No. 73), in which they request that the Court "stay this case until the resolution of the pending petition for a writ of certiorari in *Paris v. Lara*, No. 24-1329 (U.S.)." (*Id.* at 1).

The Court grants this request and stays this matter for the following reasons: (1) the arguments set forth in the parties' joint submission to the Court at ECF No. 73, (2) the fact that the parties agree to a stay in this matter, and (3) the Court's independent weighing of the relevant, non-exhaustive factors, which the Court finds support a stay of this matter at this time. *Duchene v. Westlake Services, LLC*, No. 2:13-CV-01577, 2015 WL 5947669, at *2 (W.D. Pa. Oct. 13, 2015) (listing the relevant factors as: (1) the length of the requested stay; (2) the hardship that the moving party would face if the stay were not granted; (3) the injury that a stay would cause to the non-movant; and (4) whether granting a stay would streamline the proceedings by simplifying issues and promoting judicial economy.).[1]

---

[1] This Court notes that other courts have articulated *slightly* different factors in weighing whether to stay a matter pending the outcome of another proceeding. *See e.g., Amalgamated Transit Union, Local 1729 v. First Grp. Am. Inc.*, No. 2:15-CV-806, 2015 WL 7571938, at *3 (W.D. Pa. Nov. 24, 2015) (listing the following three factors: "(1) whether granting the stay will simplify the issues; (2) the status of the litigation; and (3) whether a stay would cause the non-movant to suffer undue prejudice from any delay, or allow the movant to gain a clear tactical advantage.") (internal

1

Accordingly, the following order is entered:

## ORDER OF COURT

AND NOW, this 28th day of July, 2025, IT IS ORDERED that the parties' "Joint Motion to Stay" at ECF No. 73 is GRANTED. All future deadlines in this case, including the presently scheduled bench trial, are STAYED pending resolution of the petition for a writ of certiorari in *Paris v. Lara*, No. 24-1329 (U.S.).

IT IS FURTHER ORDERED that the parties shall provide the Court with a status report on October 15, 2025, and every 30 days thereafter until the Court lifts the stay in this matter.

Stephanie L. Haines
United States District Judge

---

quotation marks and citation omitted); *Resco Products, Inc. v. Bosai Minerals Grp. Co. Ltd.*, No. 06-cv-235, 2010 WL 2331069, at *5 (W.D. Pa. June 4, 2010) (listing a different set of three factors, as well as a set of five factors). Whichever of these largely similar, multi-factor inquiries that the Court applies, the Court finds that a stay of this matter is appropriate at this time.