# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNAH YOUNG, ARIANA PALMACCIO, FIREARMS POLICY COALITION, INC., *and* NATIONAL RIFLE ASSOCIATION OF AMERICA, | : : : : | |
| Plaintiffs, | : : | No. 3:24-cv-274 |
| v. | : : | Judge Stephanie L. Haines |
| JAMES OTT, BRIAN SZUMSKI, *and* COLONEL CHRISTOPHER PARIS, | : : | Electronically Filed Document |
| Defendants | : | |

## MOTION TO WITHDRAW

AND NOW, comes Defendant, Colonel Christopher Paris, by and through his attorneys, Jorden P. Colalella, Senior Deputy Attorney General, and the Pennsylvania Office of Attorney General, and submits the following Motion to Withdraw as Attorney and in support thereof avers the following:

1. Senior Deputy Attorney General Jorden P. Colalella moves to withdraw his appearance on behalf of Defendant, Colonel Christopher Paris.

2. Deputy Attorney General Margaret A. Potter remains as counsel.

3. A Proposed Order is attached to this Motion.

2

|  |  |  |
|---|---|---|
|  |  | **Respectfully submitted,** |
|  |  | **DAVID W. SUNDAY, JR.**<br>**Attorney General** |
|  | By: | *s/ Jorden P. Colalella* |
|  |  | **JORDEN P. COLALELLA** |
| **Office of Attorney General** |  | **Deputy Attorney General** |
| **1251 Waterfront Place** |  | **Attorney ID 316706** |
| **Mezzanine Level, Civil Litigation** |  |  |
| **Pittsburgh, PA 15222** |  |  |
| **Phone: (412) 354-8558** |  | **NICOLE R. DITOMO** |
|  |  | **Chief Deputy Attorney General** |
| **jcolalella@attorneygeneral.gov** |  | **Civil Litigation Section** |
| **Date:  October 7, 2025** |  | **Counsel for Defendant Paris** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HANNAH YOUNG,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | No. 3:24-cv-274 |
| | : | |
| v. | : | Judge Stephanie L. Haines |
| | : | |
| **JAMES OTT, BRIAN SZUMSKI,** *et al.*, | : | Electronically Filed Document |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Jorden P. Colalella, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **October 7, 2025**, I caused to be served a true and correct copy of the foregoing document titled **Motion to Withdraw** to the following:

**VIA ELECTRONIC FILING**

**Gary F. Seitz, Esquire**
**Bradley Lehman, Esquire**
Gellert, Seitz, Busenkell & Brown, LLC
1201 N. Orange Street
Wilmington, DE 19801
gseitz@gsbblaw.com
blehman@gsbblaw.com
*Counsel for Plaintiffs*

**Sean P. McDonough, Esquire**
Dougherty, Leventhal & Price
75 Glenmaura National Boulevard
Moosic, PA 18507
smcdonough@dlplaw.com
*Counsel for Defendant Brian Szumski*

**David H. Thompson, Esquire**
**Athanasia Livas, Esquire**
**Peter Patterson, Esquire**
**William Bergstrom, Esquire**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
alivas@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Counsel for Plaintiffs*

**Christopher P. Gabriel, Esquire**
Gabriel Fera, P.C.
1010 Western Ave
Suite 200
Pittsburgh, PA 15233
cgabriel@gabrielfera.com
*Counsel for Defendant James Ott*

                           *s/ Jorden P. Colalella*
                           **JORDEN P. COLALELLA**
                           Senior Deputy Attorney General