**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HANNAH YOUNG, ARIANA PALMACCIO, FIREARMS POLICY COALITION, INC.,** *and* **NATIONAL RIFLE ASSOCIATION OF AMERICA,** : : : : | |
| Plaintiffs, : : | No. 3:24-cv-274 |
| v. : : | Judge Stephanie L. Haines |
| **JAMES OTT, BRIAN SZUMSKI,** *and* **COLONEL CHRISTOPHER PARIS,** : : | Electronically Filed Document |
| Defendants : | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion to Withdraw, it is hereby ORDERED that the Motion is GRANTED. The appearance of Jorden P. Colalella, Esq. on behalf of Defendant Paris withdrawn and shall be terminated from the docket.

**HONORABLE STEPHANIE L. HAINES**
**United States District Judge**