IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HANNAH YOUNG, et al.,** | : |
| Plaintiffs, | : |
| v. | : Case No. 3:24-cv-00274-SLH |
| **JAMES OTT, et al.,** | : |
| Defendants. | : |

## JOINT STATUS REPORT

Pursuant to this Court's Memorandum Order, Doc. 74 (July 28, 2025), Plaintiffs Hannah Young, Ariana Palmaccio, Firearms Policy Coalition, Inc., and National Rifle Association of America, jointly with Defendant, Colonel Christopher Paris, by and through their undersigned counsel, hereby provide the Court with the following status report.

1. The State's petition for a writ of certiorari in *Paris v. Lara*, No. 24-1329 (U.S.), remains pending before the Supreme Court.

2. The Respondents in that case, including Plaintiff Firearms Policy Coalition, filed their certiorari-stage brief on August 13, 2025, joining the State in seeking Supreme Court review of *Lara*.

3. *Lara* was set to be considered at the Court's first conference of the term, on September 29, 2025, but on September 4, 2025, the Court rescheduled the case and has not yet distributed it for conference.

1

4.     The Court has taken the same step in another case concerning the rights of 18-to-20-year-olds under the Second Amendment, *see Nat'l Rifle Ass'n, Inc. v. Glass*, No. 24-1185, and other similar cases are not yet fully briefed, *see West Virginia Citizens Defense League, Inc. v. ATF*, No. 25-132.

5.     The parties therefore respectfully submit that the stay should remain in place.

Dated: October 15, 2025                                       Respectfully submitted,

Bradley Lehman
Whiteford, Taylor & Preston LLC
600 North King Street
Suite 600
Wilmington, DE 19801
Telephone: (302) 295-5674
blehman@whitefordlaw.com

/s/ David H. Thompson
David H. Thompson (DC 450503)*
Peter A. Patterson (DC 998668)*
William V. Bergstrom (DC 241500)*
Athanasia O. Livas (DC 90011199)*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
alivas@cooperkirk.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

Amelia J. Goodrich
Deputy Attorney General
(412) 510-1418
agoodrich@attorneygeneral.gov

Margaret A. Potter
Deputy Attorney General
(412)-495-0092

mpotter@attorneygeneral.gov

Office of Attorney General
1251 Waterfront Place
Mezzanine Level, Civil Litigation
Pittsburgh, PA 15222


*Counsel for Defendant Paris*