**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HANNAH YOUNG, ARIANA PALMACCIO, FIREARMS POLICY COALITION, INC., *and* NATIONAL RIFLE ASSOCIATION OF AMERICA,** | **:** | |
| Plaintiffs, | **:** | **No. 3:24-cv-00274** |
| | **:** | |
| **v.** | **:** | **Judge Stephanie L. Haines** |
| | **:** | |
| **JAMES OTT, BRIAN SZUMSKI, *and* COLONEL CHRISTOPHER PARIS,** | **:** | **Electronically Filed Document** |
| Defendants | **:** | |

## JOINT STATUS REPORT

Pursuant to this Court's Memorandum Order, ECF No. 74 (July 28, 2025), Defendant, Colonel Christopher Paris, jointly with Plaintiffs Hannah Young, Ariana Palmaccio, Firearms Policy Coalition, Inc., by and through their undersigned counsel, hereby provide the Court with the following status report:

1. The Pennsylvania Office of Attorney General's petition for writ of certiorari in *Paris v. Lara*, No. 24-1329 (U.S.) was filed on June 26, 2025.

2. The Second Amendment Foundation, Inc., et al. filed a brief in response on August 13, 2025.

3. The Pennsylvania Office of Attorney General's reply brief was filed on August 27, 2025.

4. On October 29, 2025, Paris v. Lara, No. 24-1329 was distributed for conference of November 14, 2025.

1

5.      The Supreme Court of the United States has taken the same step in other case(s) concerning the rights of 18-to-20-year-olds under the Second Amendment.

6.      Specifically, in National Rifle Association, Inc. v. Mark Glass, No. 21-12314, as in Paris v. Lara, No. 24-1329, was distributed for conference of November 14, 2025.

7.      Likewise, McCoy v. ATF, No. 23-2085 was also distributed for conference of November 14, 2025.

8.      Similarly, West Virginia Citizens Defense League, Inc. v. ATF, No. 23-2275 was also distributed for conference of November 14, 2025.

9.      The Supreme Court of the United States has not ruled on any of these pending petitions.

10.     The parties therefore respectfully submit this instant action should remain stayed until the Supreme Court of United States has either granted or denied these pending petitions of certiorari.

**Dated: June 4, 2026**                              **Respectfully submitted,**

                                                     **DAVID W. SUNDAY, JR.**
                                                     **Attorney General**


                                            **By:**    *s/ Margaret A. Potter*
                                                     **MARGARET A. POTTER**
**Office of Attorney General**                       **Deputy Attorney General**
**1251 Waterfront Place**                            **Attorney ID 330428**
**Mezzanine Level, Civil Litigation**
**Pittsburgh, PA 15222**
**Phone: (412) 495-0092**                            **NICOLE R. DITOMO**
**MPotter@attorneygeneral.gov**                      **Chief Deputy Attorney General**
                                                     **Civil Litigation Section**

                                                     *Counsel for Defendant Paris*

**David H. Thompson**
**Peter A. Patterson**
**William V. Bergstrom**
**Athanasia O. Livas**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue., N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
alivas@cooperkirk.com

**Bradley Lehman**
blehman@whitefordlaw.com

*Counsel for Plaintiffs*