**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HANNAH YOUNG, ARIANA PALMACCIO, FIREARMS POLICY COALITION, INC., *and* NATIONAL RIFLE ASSOCIATION OF AMERICA,** | : | |
| **Plaintiffs,** | : | **No. 3:24-cv-00274** |
| **v.** | : | **Judge Stephanie L. Haines** |
| **JAMES OTT, BRIAN SZUMSKI, *and* COLONEL CHRISTOPHER PARIS,** | : | **Electronically Filed Document** |
| **Defendants** | : | |

**JOINT STATUS REPORT**

Pursuant to this Court's Memorandum Order, ECF No. 74 (July 28, 2025), Defendant, Colonel Christopher Paris, jointly with Plaintiffs Hannah Young, Ariana Palmaccio, Firearms Policy Coalition, Inc., and National Rifle Association of America, by and through their undersigned counsel, hereby provide the Court with the following status report:

1. On June 30, 2026, the Supreme Court denied the State's petition for a writ of certiorari in *Paris v. Lara*, No. 24-1329 (U.S.). At the same time, it also denied all of the other petitions from other cases concerning the rights of 18-to-20-year-olds under the Second Amendment.

2. The parties have begun discussing the appropriate next steps in this case, but those discussions are ongoing. To provide the parties with time to formulate either a joint proposal or facing proposals for the Court, they respectfully request that they be permitted to file another joint status report in 14 days.

**Dated: July 6, 2026**

**Respectfully submitted,**

**By:** *s/ David H. Thompson*
**David H. Thompson**
**Peter A. Patterson**
**William V. Bergstrom**
**Athanasia O. Livas**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue., N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
alivas@cooperkirk.com

**Bradley Lehman**
blehman@whitefordlaw.com

***Counsel for Plaintiffs***

**DAVID W. SUNDAY, JR.**
**Attorney General**

**MARGARET A. POTTER**
**Deputy Attorney General**
**Attorney ID 330428**

**NICOLE R. DITOMO**
**Chief Deputy Attorney General**
**Civil Litigation Section**

***Counsel for Defendant Paris***

**Office of Attorney General**
**1251 Waterfront Place**
**Mezzanine Level, Civil Litigation**
**Pittsburgh, PA 15222**
**Phone: (412) 495-0092**
**MPotter@attorneygeneral.gov**