**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HANNAH YOUNG, *an individual, et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:24-274 |
| | ) | Judge Stephanie L. Haines |
| JAMES OTT, *in his official capacity as* | ) | |
| *Sheriff of Blair County, Pennsylvania, et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 7th day of July 2026, upon consideration of the parties' Joint Status Report at ECF No. 88, IT IS HEREBY ORDERED that the parties shall provide the Court with another Joint Status Report on or before **July 21, 2026**.

*/s/ Stephanie L. Haines*
Stephanie L. Haines
United States District Judge

1