### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HANNAH YOUNG, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 3:24-cv-00274-SLH |
| v. | : | |
| | : | |
| **JAMES OTT, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Hannah Young, Ariana Palmaccio, Firearms Policy Coalition, and National Rifle Association, and Defendants James Ott, in his official capacity as Blair County Sheriff, Brian Szumski, in his official capacity as Luzerne County Sheriff, and Lt. Colonel George L. Bivens, in his official capacity as Acting Commissioner of the Pennsylvania State Police,[1] hereby stipulate to the dismissal, without prejudice, of this action. Each party shall bear their own costs and fees.

Dated: July 21, 2026                    Respectfully submitted,


                                        /s/ David H. Thompson
Bradley Lehman                          David H. Thompson (DC 450503)*
Whiteford, Taylor & Preston LLC         Peter A. Patterson (DC 998668)*
600 North King Street                   William V. Bergstrom (DC 241500)*

---

[1] As Acting Commissioner of the Pennsylvania State Police, Bivens is automatically substituted, per Fed. R. Civ. P. 25(d), for Defendant Colonel Christopher Paris in this official-capacity suit.

1

Suite 600
Wilmington, DE 19801
Telephone: (302) 295-5674
blehman@whitefordlaw.com

Athanasia O. Livas (DC 90011199)*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
alivas@cooperkirk.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

/s/ Margaret A. Potter

Margaret A. Potter
Deputy Attorney General
(412)-495-0092
mpotter@attorneygeneral.gov

Office of Attorney General
1251 Waterfront Place
Mezzanine Level, Civil Litigation
Pittsburgh, PA 15222

*Counsel for Defendant Bivens*

/s/ Christopher P. Gabriel
Christopher P. Gabriel
GABRIEL FERA, P.C.
1010 Western Ave., Ste. 200
Pittsburgh, PA 15233
(412) 223-5815
cgabriel@gabrielfera.com

*Counsel for Defendant Ott*

/s/ Sean P. McDonough
Sean P. McDonough
DOUGHERTY, LEVENTHAL & PRICE, LLP
459 Wyoming Avenue
Kingston, PA 18704
(570) 347-1011
smcdonough@dlplaw.com

*Counsel for Defendant Szumski*

AND NOW, this 22nd,
day of July, 2026,
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

2